HEATHER E. WILLIAMS, #122664
Federal Defender
DOUGLAS J. BEEVERS, #288639
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Telephone: (916) 498-5700
Douglas_Beevers@fd.org

Attorneys for Defendant
MICHAEL KEITH RUBINO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL KEITH RUBINO,<br><br>Defendant. | Case No.  2:25-cr-00124-TLN-1<br><br>**STIPULATION AND ORDER TO CONTINUE SENTENCING AND MODIFY PSR SCHEDULE** |

IT IS HEREBY STIPULATED by and between Eric Grant, United States Attorney, through Assistant United States Attorney Samuel Stefanki, attorney for Plaintiff and Federal Defender Heather E. Williams through Assistant Federal Defender Douglas Beevers, attorney for Michael Keith Rubino, that the sentencing hearing, currently scheduled for December 4, 2025, be continued to December 18, 2025 at 9:30 a.m.

This continuance is requested as defense needs additional time to investigate mitigation. The US Attorney's office and US Probation have no objection to the new date.

The PSR schedule should be modified as follows:

| | |
|---|---|
| Draft Presentence Report Due: | November 6, 2025 |
| Informal Objections to Presentence Report Due: | November 20, 2025 |
| Final Presentence Report Due: | November 27, 2025 |

-1-

| | | |
|---|---|---|
| 1 | Formal Objections to Presentence Report Due: | December 4, 2025 |
| 2 | Reply or Statement of Non-Opposition Due: | December 11, 2025 |
| 3 | Judgment and Sentencing: | December 18, 2025 |

Dated:  October 16, 2025

Respectfully submitted,
HEATHER E. WILLIAMS
Federal Defender

*/s/ Douglas Beevers*
DOUGLAS BEEVERS
Assistant Federal Defender
Attorney for Defendant
MICHAEL KEITH RUBINO

Dated:  October 16, 2025

ERIC GRANT
United States Attorney

*/s/ Samuel Stefanki*
SAMUEL STEFANKI
Assistant U.S. Attorney
Attorney for Plaintiff

**ORDER**

**IT IS HEREBY ORDERED** that the sentencing hearing as to this defendant previously set for December 4, 2025, is CONTINUED to **December 18, 2025, at 9:30 a.m.** The modified presentence schedule is further adopted as this Court's order.

Dated: October 16, 2025

_____
Troy L. Nunley
Chief United States District Judge