ERIC GRANT
United States Attorney
SAM STEFANKI
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:25-CR-00124-TLN |
|---|---|
| Plaintiff, | STIPULATION REGARDING SENTENCING; ORDER |
| v. | |
| MICHAEL KEITH RUBINO, | |
| Defendant. | |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant Michael Keith Rubino, by and through his counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for sentencing on January 15, 2026. By this stipulation, the parties jointly request that the Court reset the sentencing hearing to occur on January 22, 2026, at 9:30 a.m.

2. Counsel for the defendant encountered unexpected difficulties accessing the presentence investigation report (the "PSR") over the recent holiday season, meaning that the defendant filed his formal objections to the PSR one day before the filing deadline for the government's response to those objections. As a result, counsel for the government requires additional time to prepare responses to the defendant's formal objections to the PSR.

3. Counsel for the government consulted with the assigned probation officer, who has no objection to the parties' request.

4. For the foregoing reasons and by this stipulation, the parties now move to re-set the matter for sentencing on January 22, 2026. The parties also respectfully request that the Court reset the sentencing briefing schedule as follows:

    a) Responses to any formal objections to the PSR shall be filed on or before January 15, 2026;

    b) Any sentencing memoranda shall be filed on or before January 15, 2026;

    c) Optional responses to any sentencing memoranda shall be filed on or before January 19, 2026.

IT IS SO STIPULATED.

Dated: January 8, 2026

ERIC GRANT
United States Attorney

/s/ SAM STEFANKI
SAM STEFANKI
Assistant United States Attorney

Dated: January 8, 2026

/s/ DOUGLAS BEEVERS
DOUGLAS BEEVERS
Counsel for Defendant
MICHAEL KEITH RUBINO

**ORDER**

This matter is hereby RESET for judgment and sentencing on January 22, 2026, at 9:30 a.m. The Court hereby ADOPTS the revised schedule set forth in the parties' stipulation.

IT IS SO ORDERED.

DATED: January 8, 2026

_____
Troy L. Nunley
Chief United States District Judge